# Court of Appeals
# of the State of Georgia

ATLANTA,  August 27, 2019

*The Court of Appeals hereby passes the following order:*

## A19A2365. SPRING CHASE, INC. v. HENRY DIXON.

This appeal was docketed on July 1, 2019. The appellant's brief and enumeration of errors were due to be filed no later than July 22, 2019.  Court of Appeals Rules 22 (a) and 23 (a). The appeal was dismissed on July 24, 2019, for appellant's failure to file a brief. Appellant filed a motion for reconsideration concerning that dismissal, and the same was granted. The case was reinstated on August 2, 2019. Appellant has not timely filed a brief and enumeration of errors, and no extension of time for filing has been requested.  Accordingly, this appeal is DISMISSED.  Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/27/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*